UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| DOMINIC MARROCCO, | Case No. 2:18-cv-02441-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| DAVID JOHNSTON, *et al.*, | |
| Defendants. | |

This matter is before the Court on Defendant's/Counter Claimant's Application to Proceed in *Forma Pauperis* (ECF No. 57), filed March 14, 2019. Plaintiff filed his Response (ECF No. 63) on March 22, 2019. Given the information provided by both parties, the Court questions whether Defendant/Counter Claimant qualifies to proceed without paying fees and costs. Accordingly, the Court will set this matter for hearing.

**IT IS HEREBY ORDERED** that the parties shall appear for a hearing on Defendant's/Counter Claimant's Application to Proceed *in Forma Pauperis* (ECF No. 57) on April 10, 2019 at 1:30 PM in Courtroom 3A.

Dated this 25th day of March, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1