# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Dominic Marrocco,<br><br>　　　　Plaintiff<br><br>v.<br><br>David Johnston,<br><br>　　　　Defendant | Case No.: 2:18-cv-2441-JAD-EJY<br><br>**Order Adopting Report<br>& Recommendation and Denying<br>Motion to Dismiss for Prejudicial Discovery<br>Violations**<br><br>[ECF Nos. 138, 151] |

Magistrate Judge Youchah entered a report and recommendation for this court to deny Defendant's Motion to Dismiss for Prejudicial Discovery Violations.[1] The deadline for any party to object to that recommendation was April 28, 2021, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 151] is ADOPTED**. The Defendant's Motion to Dismiss for Prejudicial Discovery Violations **[ECF No. 138] is DENIED**.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: May 4, 2021

---

[1] ECF No. 151.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1