UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Dominic Marrocco,<br><br>　　　Plaintiff<br><br>v.<br><br>David Johnston, et al.,<br><br>　　　Defendant | Case No.: 2:18-cv-02441-JAD-EJY<br><br>**Order Re: Dispositive Motions**<br><br>[ECF Nos. 153, 155, 159, 161] |

　　　Defendant David Johnson filed a motion to dismiss on October 23, 2021.[1]  Although this court's Local Rule 7-2(b) limits such motions to 24 pages, Johnson's motion is 56 pages long.  He did not seek leave to exceed the 24-page limit, and Local Rule 7-2(c) cautions that "[t]he court looks with disfavor" on such requests.  Because Johnson's motion to dismiss exceeds this court's page limits by 32 pages, it is denied without prejudice to Johnson's ability to file a motion to dismiss that complies with this court's rules.  This ruling is not intended as a statement that the motion to dismiss is timely, and the court hereby takes no position on the timeliness of such a request.

　　　For his part, plaintiff Dominic Marrocco moves for leave to file a renewed summary-judgment motion.[2]  The parties' original round of dispositive motions was unimpressive.[3]  Although Marrocco suggests that a new opportunity for dispositive-motion practice should follow a recently reopened (and closed) discovery period, he notes that no discovery was actually conducted during that renewed period.[4]  So it does not appear that the record has changed in a

---

[1] ECF No. 159.
[2] ECF No. 155.
[3] *See* ECF No. 122.
[4] ECF Nos. 155, 157.

way that would justify another bite at the summary-judgment apple. The court thus does not find good cause to order another round of summary-judgment motions.

IT IS THEREFORE ORDERED that Johnson's Motion to Dismiss **[ECF No. 159] is DENIED** without prejudice, and the stipulation to extend the deadline to respond to it **[ECF No. 161] is DENIED** as moot.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Updated Scheduling Order and for Leave to File a Renewed Summary-Judgment Motion **[ECF No. 155] is DENIED**.

This case is more than three years old and it is time it proceeds to trial. So IT IS FURTHER ORDERED that the Plaintiff's Renewed Proposed Pretrial Order **[ECF No. 153] is DENIED** without prejudice. **The parties are directed to meet and confer and file a Joint Pretrial Order as required by Local Rules 16-3–16-4, no later than December 20, 2021.**

DATED November 5, 2021

_____
United States District Judge Jennifer A. Dorsey