AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DOMINIC MARROCCO

            Plaintiff,

v.

DAVID JOHNSTON,

           Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-02441-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with the [80] Clerk's Entry of Default and the uncontested [206] Motion for Default Judgment, Default Judgment in the amount of $570,370.33 is entered on behalf of Plaintiff Dominic Marrocco , and against Defendant Equiinet, Inc. As Equiinet Inc was the sole remaining defendant, this matter is now closed.

3/8/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk